UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DAVID LEVY,

      Plaintiff,

v.                                        CASE NO.: 3:20-cv-1037

DOLGENCORP, LLC; DOLLAR
GENERAL CORP.; DG RETAIL,
LLC,

      Defendants.
_____/

**NOTICE OF FILING CORRECTED EXHIBIT 1 TO PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND INCORPORATED MEMORANDUM OF LAW**

      COMES NOW Plaintiff David Levy, on behalf of himself and a class of similarly situated persons, with the consent of Defendants Dolgencorp, LLC; Dollar General Corp.; and DG Retail, LLC (collectively "Defendants") and hereby gives Notice of Filing Corrected Exhibit 1 in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law (D.E. 22).

Dated: February 15, 2021

                                            Respectfully Submitted,

                                  By: */s/ Rachel Dapeer*
                                       **DAPEER LAW, P.A.**
                                       Rachel Dapeer
                                       Rachel@dapeer.com
                                       20900 NE 30th Avenue, Suite 417
                                       Aventura, FL 33180
                                       Telephone: (305) 610-5523

                                  *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2021, a true copy of the foregoing was filed with the Court using the CM/ECF system, which sent notice to the following:

> Emily Y. Rottmann
> Florida Bar No. 93154
> **MCGUIREWOODS LLP**
> 50 N. Laura Street, Suite 3300
> Jacksonville, Florida 32202
> (904) 798-3200
> (904) 798-3207 (fax)
> erottmann@mcguirewoods.com
> flservice@mcguirewoods.com

> */s/ Rachel Dapeer*
> Attorney