# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DAVID LEVY, individually and on
behalf of all others similarly
situated,

    Plaintiff,

v.                                        Case No. 3:20-cv-1037-TJC-MCR

DOLGENCORP, LLC, DOLLAR
GENERAL CORP., and DG
RETAIL, LLC,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 22). It has come to the Court's attention that a recent Eleventh Circuit case regarding class action settlements, <u>Muransky v. Godiva Chocolatier, Inc.</u>, 979 F.3d 917 (11th Cir. 2020), may affect this case. Thus, the parties are directed to file a joint statement to address the issue of standing, including any impact of <u>Muransky</u>, no later than **March 26, 2021**.

Additionally, this case is hereby **SET** for a **TELEPHONE HEARING** on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 22) on **April 13, 2021** at **3:00 PM** before the undersigned. The

conference line will be activated at 2:50 PM so the hearing may start promptly at 3:00 PM.

**The Courtroom Deputy will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case.**

Members of the public or press who wish to listen to the proceedings may email the Courtroom Deputy at Marielena_Diaz@flmd.uscourts.gov to receive the call-in information.

High quality audio is imperative for court proceedings conducted via telephone. To reduce background audio interference, the parties should not use the speaker function during the call, and if at all possible, parties should use a landline instead of a cell phone or a computer. **The parties must put their phones on mute when not speaking, and the parties must identify themselves when speaking so the court reporter can accurately report the proceedings.**

Persons granted remote access to proceedings are reminded of the general prohibition against recording and rebroadcasting of court proceedings.

3

**DONE AND ORDERED** in Jacksonville, Florida the 10th day of March, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record