## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DAVID LEVY, individually and on
behalf of all others similarly
situated,

      Plaintiff,

v.                                             Case No. 3:20-cv-1037-TJC-MCR

DOLGENCORP, LLC, DOLLAR
GENERAL CORP., and DG
RETAIL, LLC,

      Defendants.

_____

# FINAL JUDGMENT

The Court has issued a Final Approval Order (Doc. 39), ordering that the parties execute the terms of the Settlement. As stated in the Order, Class Counsel shall recover **$540,000.00** as attorneys' fees and **$10,910.49** as expenses and costs from the Settlement Fund. Additionally, Defendants shall deposit **$5,000.00** from the Settlement Fund into the registry of the Court no later than **December 22, 2021**, to be distributed as a Class Representative Service Award only if Johnson v. NPAS Solutions, LLC, 975 F.3d 1244 (11th Cir. 2020), is vacated by the Eleventh Circuit.

As the parties request in Plaintiff's Unopposed Motion for Final Approval of Class Settlement (Doc. 35), the Settlement having been approved and the

Court retaining jurisdiction for the limited purposes stated in the Court's Order, this case is **DISMISSED with prejudice**. The Clerk shall terminate all pending motions and deadlines and close the file.

 **DONE AND ORDERED** in Jacksonville, Florida the 2nd day of December, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record